# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES

**Date:** January 10, 2024  **Time in Court:** 1 hour, 5 minutes  **Judge:** VINCE CHHABRIA

**Case No.**: 23-cr-00190-VC-1  **Case Name:** UNITED STATES v. Ichioka

**Attorney for United States of America:** Eric Cheng, Benjamin Kingsley
**Attorney for Defendant:** Gary Lincenberg
**Defendant:** [X] PRESENT [] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody [X] Not In Custody

**Deputy Clerk:** Bhavna Sharma  **Court Reporter:** Marla Knox
**Interpreter:** N/A  **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing hearing – held.

## RESULT OF HEARING

Discussion held regarding restitution. Government proposed to schedule restitution hearing within 45 days.

Court adopted the PSR with the modifications as stated on the record.

Oral arguments made and heard regarding appropriate custodial sentence.

Victim, Tim Meissner, appeared via Zoom and addressed the Court. Cadio Zirpoli, addressed the Court on behalf of victim not present.

Defendant addressed the Court.

Defendant committed to the Bureau of Prisons for a term of 48 months (36 months on Counts 2 and 3, and 48 months on Counts 1, 4, and 5) to be served concurrently, followed by 5 years of Supervised Release (3 years as to Counts 1 and 4, 1 year as to Counts 2 and 3, and 5 years as to Count 5). Special Assessment fee of $500 imposed. Fine of $5,000,0000 imposed. See Judgment for special conditions. Defendant's interest in the property listed in the Judgment to be forfeited to the United States.

The Court recommended defendant be designated to a facility in Montgomery, Alabama, and participate in Residential Drug Abuse Program (RDAP).

Defendant ordered to surrender to the designated BOP facility by April 9, 2024, at 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the U.S. Marshal at 450 Golden Gate Ave., 20th Floor, San Francisco, CA, on the same date and time.

**CASE CONTINUED TO: February 20, 2024, at 1:00 P.M., for Restitution Hearing in Courtroom 4, 17th floor.**